IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Joseph J. Talarico, Jr.  : Case No. 25-13122-PMM

Debtor  : Chapter 13

_____

**PAY ADVICES – DEBTOR INCOME RECORDS**

Pay Advices are attached.

                                        Respectfully Submitted,

                                 **LAW OFFICES OF EUGENE A. CAMPOSANO**

Dated: September 25, 2025            By:___/s/ Eugene A. Camposano_____
                                                Eugene A. Camposano, Esquire
                                                Attorney for Debtor

                                                1250 Germantown Pike
                                                Suite 205
                                                Plymouth Meeting, PA  19462
                                                (610) 306-0626 Phone
                                                (610) 279-9390 Fax

# Westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/20/2025 |
| Period End Date | 08/02/2025 |
| Pay Date | 08/08/2025 |
| Document | 29716 |
| **Net Pay** | **$3,256.56** |

## Pay Details

JOSEPH J TALARICO JR. JR.
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | | Pay Group | WPS1 |
| SSN | XXX-XX-8050 | | Location | Philadelphia, Pennsylvani |
| Job | Engineer VIII | | Division | 05 - Power Division |
| Pay Rate | $85.5769 | | Market | DO - Division Overhead |
| Pay Frequency | Biweekly | | Office | PAPA0 - Philadelphia, Pennsylvani |
| | | | Service | DE - Distribution Engineering |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 29.250000 | $85.5769 | $2,503.12 | $12,860.38 |
| Discretionary B | 0.000000 | $0.0000 | $0.00 | $3,500.00 |
| Cell Phone Stip | 0.000000 | $0.0000 | $0.00 | $350.00 |
| Group Term Life | | | $5.91 | $93.78 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $3,359.62 |
| Regular Pay-Salary | 50.750000 | $85.5769 | $4,343.03 | $92,683.84 |
| Hours | 50.750000 | | $0.00 | $0.00 |
| **Total Hours** | **80.000000** | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $4,798.40 | $0.00 | $0.00 |
| Child Support | No | $810.46 | $4,787.08 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $489.76 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $93.78 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $5,132.32 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $3,620.96 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $141.60 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $18,928.87 |
| Employee Medicare | $94.13 | $1,547.64 |
| Social Security Employee Tax | $402.49 | $6,617.50 |
| PA State Income Tax | $199.12 | $3,273.87 |
| UPPER GWYNEDD | $64.86 | $1,066.40 |
| UPPER GWYNEDD TWP | $2.00 | $32.00 |
| PA Unemployment Employee | $4.79 | $78.64 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 9.8300 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| ———— | Checking | $150.00 |
| ———— | Checking | $60.00 |
| ———— | Checking | $1,800.00 |
| ———— | Checking | $1,246.56 |
| Total | | $3,256.56 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,852.06 | $6,491.83 | $1,911.85 | $1,683.65 | **$3,256.56** |
| YTD | $112,847.62 | $106,733.94 | $31,544.92 | $19,063.90 | $62,238.80 |

# Westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**
Period Start Date 07/06/2025
Period End Date 07/19/2025
Pay Date 07/25/2025
Document 27746

**Net Pay** **$3,306.56**

## Pay Details

JOSEPH J TALARICO JR. JR.
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | |
|---|---|---|---|
| Employee Number | ████ | Pay Group | WPS1 |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani |
| Job | Engineer VIII | Division | 05 - Power Division |
| Pay Rate | $85.5769 | Market | DO - Division Overhead |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani |
| | | Service | DE - Distribution Engineering |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 10.250000 | $85.5769 | $877.16 | $10,357.26 |
| Discretionary B | 0.000000 | $0.0000 | $0.00 | $3,500.00 |
| Cell Phone Stip | | | $50.00 | $350.00 |
| Group Term Life | | | $5.91 | $87.87 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $3,359.62 |
| Regular Pay-Salary | 69.750000 | $85.5769 | $5,968.99 | $88,340.81 |
| Hours | 69.750000 | | $0.00 | $0.00 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $4,498.50 | $0.00 | $0.00 |
| Child Support | No | $810.46 | $3,976.62 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $459.15 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $87.87 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $4,811.55 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $3,413.81 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $132.75 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $17,784.41 |
| Employee Medicare | $94.13 | $1,453.51 |
| Social Security Employee Tax | $402.49 | $6,215.01 |
| PA State Income Tax | $199.12 | $3,074.75 |
| UPPER GWYNEDD | $64.86 | $1,001.54 |
| UPPER GWYNEDD TWP | $2.00 | $30.00 |
| PA Unemployment Employee | $4.79 | $73.85 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 29.8500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| ████ | Checking | $150.00 |
| ████ | Checking | $60.00 |
| ████ | Checking | $1,800.00 |
| ████ | Checking | $1,296.56 |
| Total | | $3,306.56 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,902.06 | $6,491.83 | $1,911.85 | $1,683.65 | $3,306.56 |
| YTD | $105,995.56 | $100,242.11 | $29,633.07 | $17,380.25 | $58,982.24 |

# westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/17/2025 |
| Period End Date | 07/17/2025 |
| Pay Date | 07/17/2025 |
| Document | 26061 |
| **Net Pay** | **$2,317.35** |

## Pay Details

JOSEPH J TALARICO JR. JR.
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | |
|---|---|---|---|
| Employee Number | | Pay Group | WPS1 |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani |
| Job | Engineer VIII | Division | 05 - Power Division |
| Pay Rate | $85.5769 | Market | DO - Division Overhead |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani |
| | | Service | DE - Distribution Engineering |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 0.000000 | $0.0000 | $0.00 | $9,480.10 |
| Discretionary B | | | $3,500.00 | $3,500.00 |
| Cell Phone Stip | 0.000000 | $0.0000 | $0.00 | $300.00 |
| Group Term Life | 0.000000 | $0.0000 | $0.00 | $81.96 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $3,359.62 |
| Regular Pay-Salary | 0.000000 | $0.0000 | $0.00 | $82,371.82 |

Total Hours  0.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $0.00 | $4,198.60 | $0.00 | $0.00 |
| Child Support | No | $0.00 | $3,166.16 | $0.00 | $0.00 |
| DentalP | Yes | $0.00 | $428.54 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $81.96 | $0.00 | $0.00 |
| Open Access 500 | Yes | $0.00 | $4,490.78 | $0.00 | $0.00 |
| Pet Ins | No | $0.00 | $3,206.66 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $123.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $770.00 | $16,639.95 |
| Employee Medicare | $50.75 | $1,359.38 |
| Social Security Employee Tax | $217.00 | $5,812.52 |
| PA State Income Tax | $107.45 | $2,875.63 |
| UPPER GWYNEDD | $35.00 | $936.68 |
| UPPER GWYNEDD TWP | $0.00 | $28.00 |
| PA Unemployment Employee | $2.45 | $69.06 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 30.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $150.00 |
| | Checking | $60.00 |
| | Checking | $1,800.00 |
| | Checking | $307.35 |
| Total | | $2,317.35 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,500.00 | $3,500.00 | $1,182.65 | $0.00 | **$2,317.35** |
| YTD | $99,093.50 | $93,750.28 | $27,721.22 | $15,696.60 | $55,675.68 |

# Westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/22/2025 |
| Period End Date | 07/05/2025 |
| Pay Date | 07/11/2025 |
| Document | 24358 |
| **Net Pay** | **$3,256.56** |

## Pay Details

**JOSEPH J TALARICO JR. JR.**
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | | Pay Group | WPS1 | |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani | |
| Job | Engineer VIII | Division | 05 - Power Division | |
| Pay Rate | $85.5769 | Market | DO - Division Overhead | |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani | |
| | | Service | DE - Distribution Engineering | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 12.000000 | $85.5769 | $1,026.92 | $9,480.10 |
| Cell Phone Stip | 0.000000 | $0.0000 | $0.00 | $300.00 |
| Group Term Life | | | $5.91 | $81.96 |
| Holiday | 8.000000 | $85.5769 | $684.62 | $3,359.62 |
| Regular Pay-Salary | 60.000000 | $85.5769 | $5,134.62 | $82,371.82 |
| Hours | 60.000000 | | $0.00 | $0.00 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $4,198.60 | $0.00 | $0.00 |
| Child Support | No | $810.46 | $3,166.16 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $428.54 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $81.96 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $4,490.78 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $3,206.66 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $123.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $15,869.95 |
| Employee Medicare | $94.13 | $1,308.63 |
| Social Security Employee Tax | $402.50 | $5,595.52 |
| PA State Income Tax | $199.12 | $2,768.18 |
| UPPER GWYNEDD | $64.86 | $901.68 |
| UPPER GWYNEDD TWP | $2.00 | $28.00 |
| PA Unemployment Employee | $4.79 | $66.61 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 30.8700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| ▓▓▓▓ | Checking | $150.00 |
| ▓▓▓▓ | Checking | $60.00 |
| ▓▓▓▓ | Checking | $1,800.00 |
| ▓▓▓▓ | Checking | $1,246.56 |
| Total | | $3,256.56 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,852.07 | $6,491.84 | $1,911.86 | $1,683.65 | **$3,256.56** |
| YTD | $95,593.50 | $90,250.28 | $26,538.57 | $15,696.60 | $53,358.33 |

# Westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 06/08/2025 |
| Period End Date | 06/21/2025 |
| Pay Date | 06/27/2025 |
| Document | 22363 |
| **Net Pay** | **$3,306.57** |

## Pay Details

**JOSEPH J TALARICO JR. JR.**
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███ | Pay Group | WPS1 |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani |
| Job | Engineer VIII | Division | 05 - Power Division |
| Pay Rate | $85.5769 | Market | DO - Division Overhead |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani |
| | | Service | DE - Distribution Engineering |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 4.000000 | $85.5769 | $342.31 | $8,453.18 |
| Cell Phone Stip | | | $50.00 | $300.00 |
| Group Term Life | | | $5.91 | $76.05 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $2,675.00 |
| Regular Pay-Salary | 76.000000 | $85.5769 | $6,503.85 | $77,237.20 |
| Hours | 76.000000 | | $0.00 | $0.00 |

Total Hours  80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $3,898.70 | $0.00 | $0.00 |
| Child Support | No | $810.46 | $2,355.70 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $397.93 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $76.05 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $4,170.01 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $2,999.51 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $115.05 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $14,725.49 |
| Employee Medicare | $94.13 | $1,214.50 |
| Social Security Employee Tax | $402.49 | $5,193.02 |
| PA State Income Tax | $199.12 | $2,569.06 |
| UPPER GWYNEDD | $64.86 | $836.82 |
| UPPER GWYNEDD TWP | $2.00 | $26.00 |
| PA Unemployment Employee | $4.79 | $61.82 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 33.6400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| ███ | Checking | $150.00 |
| ███ | Checking | $60.00 |
| ███ | Checking | $1,800.00 |
| ███ | Checking | $1,296.57 |
| Total | | $3,306.57 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,902.07 | $6,491.84 | $1,911.85 | $1,683.65 | **$3,306.57** |
| YTD | $88,741.43 | $83,758.44 | $24,626.71 | $14,012.95 | $50,101.77 |

# Westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/25/2025 |
| Period End Date | 06/07/2025 |
| Pay Date | 06/13/2025 |
| Document | 20403 |
| **Net Pay** | **$3,938.25** |

## Pay Details

JOSEPH J TALARICO JR. JR.
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | [redacted] | Pay Group | WPS1 | |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani | |
| Job | Engineer VIII | Division | 05 - Power Division | |
| Pay Rate | $85.5769 | Market | DO - Division Overhead | |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani | |
| | | Service | DE - Distribution Engineering | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 9.500000 | $85.5769 | $812.98 | $8,110.87 |
| Cell Phone Stip | 0.000000 | $0.0000 | $0.00 | $250.00 |
| Group Term Life | | | $5.91 | $70.14 |
| Holiday | 8.000000 | $85.5769 | $684.62 | $2,675.00 |
| Regular Pay-Salary | 62.500000 | $85.5769 | $5,348.56 | $70,733.35 |
| Hours | 62.500000 | | $0.00 | $0.00 |
| Total Hours | 80.000000 | | | |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $3,598.80 | $0.00 | $0.00 |
| Child Support | No | $128.77 | $1,545.24 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $367.32 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $70.14 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $3,849.24 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $2,792.36 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $106.20 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $13,581.03 |
| Employee Medicare | $94.14 | $1,120.37 |
| Social Security Employee Tax | $402.49 | $4,790.53 |
| PA State Income Tax | $199.12 | $2,369.94 |
| UPPER GWYNEDD | $64.86 | $771.96 |
| UPPER GWYNEDD TWP | $2.00 | $24.00 |
| PA Unemployment Employee | $4.79 | $57.03 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 28.4100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| [redacted] | Checking | $150.00 |
| [redacted] | Checking | $60.00 |
| [redacted] | Checking | $1,800.00 |
| [redacted] | Checking | $1,928.25 |
| Total | | $3,938.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,852.07 | $6,491.84 | $1,911.86 | $1,001.96 | **$3,938.25** |
| YTD | $81,839.36 | $77,266.60 | $22,714.86 | $12,329.30 | $46,795.20 |

# westwood

Westwood Professional Services, Inc.
2805 Dallas Parkway
Suite 150
Plano, TX 75093
214-473-4640

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/11/2025 |
| Period End Date | 05/24/2025 |
| Pay Date | 05/30/2025 |
| Document | 18517 |
| **Net Pay** | **$3,938.24** |

## Pay Details

**JOSEPH J TALARICO JR. JR.**
3259 PEBBLEWOOD LANE
DRESHER, PA 19025
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ███ | Pay Group | WPS1 | |
| SSN | XXX-XX-8050 | Location | Philadelphia, Pennsylvani | |
| Job | Engineer VIII | Division | 05 - Power Division | |
| Pay Rate | $85.5769 | Market | DO - Division Overhead | |
| Pay Frequency | Biweekly | Office | PAPA0 - Philadelphia, Pennsylvani | |
| | | Service | DE - Distribution Engineering | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Paid Time Off-Salary | 18.500000 | $85.5769 | $1,583.17 | $7,297.89 |
| Cell Phone Stip | 0.000000 | $0.0000 | $0.00 | $250.00 |
| Group Term Life | | | $5.91 | $64.23 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,990.38 |
| Regular Pay-Salary | 61.500000 | $85.5769 | $5,262.98 | $65,384.79 |
| Hours | 61.500000 | | $0.00 | $0.00 |

Total Hours 80.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $299.90 | $3,298.90 | $0.00 | $0.00 |
| Child Support | No | $128.77 | $1,416.47 | $0.00 | $0.00 |
| DentalP | Yes | $30.61 | $336.71 | $0.00 | $0.00 |
| Group Term Life | No | $5.91 | $64.23 | $0.00 | $0.00 |
| Open Access 500 | Yes | $320.77 | $3,528.47 | $0.00 | $0.00 |
| Pet Ins | No | $207.15 | $2,585.21 | $0.00 | $0.00 |
| Vision | Yes | $8.85 | $97.35 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,144.46 | $12,436.57 |
| Employee Medicare | $94.13 | $1,026.23 |
| Social Security Employee Tax | $402.50 | $4,388.04 |
| PA State Income Tax | $199.12 | $2,170.82 |
| UPPER GWYNEDD | $64.86 | $707.10 |
| UPPER GWYNEDD TWP | $2.00 | $22.00 |
| PA Unemployment Employee | $4.79 | $52.24 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 28.6800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| ███████ | Checking | $150.00 |
| ███████ | Checking | $60.00 |
| ███████ | Checking | $1,800.00 |
| ███████ | Checking | $1,928.24 |
| Total | | $3,938.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $6,852.06 | $6,491.83 | $1,911.86 | $1,001.96 | **$3,938.24** |
| YTD | $74,987.29 | $70,774.76 | $20,803.00 | $11,327.34 | $42,856.95 |