UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joseph J. Talarico, Jr. | Case No.: _25-13122_ |
| | Adversary No.: _____ |
| | Chapter: _13_____ |
| Debtor | Judge: _Patricia M Mayer_ |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

**Old Payment Address**:

PO Box 847051
Boston, MA 02284-7051

**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address**:

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605

Date: 12/07/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Joseph J. Talarico, Jr.

Chapter #13
Case No. 25-13122
Honorable Patricia M Mayer

Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler of Santander Bank, N.A., do hereby certify that on December 7, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage pre-paid or other method specified on service list.

    Signed under the penalties of perjury, this 7th day of December 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 1960
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL
Joseph J. Talarico, Jr.
3259 Pebblewood Lane
Dresher, PA 19025

VIA ECF
Kenneth E West
ecfemails@ph13trustee.com

Eugene A Camposano
camposanolaw@comcast.net