## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph J. Talarico Jr.<br>　　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　vs.<br><br>Joseph J. Talarico Jr.<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 25-13122 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about October 24, 2025.

Dated: January 19, 2026

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Joseph J. Talarico Jr.**<br>                        **Debtor(s)**<br><br>**MIDFIRST BANK**<br>                        **Movant**<br>     vs.<br><br>**Joseph J. Talarico Jr.**<br>                        **Respondent(s)** | CHAPTER 13<br>BK. NO. 25-13122 PMM |

**CERTIFICATION OF SERVICE**

    I, the undersigned, hereby certify that the foregoing Praecipe to Withdraw was served by first class mail, postage pre-paid, upon the parties listed below on January 22, 2026.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Eugene A. Composano Esq. (via ECF)
1250 Germantown Pike
Suite 205
Plymouth Meeting, PA 19462

Joseph J. Talarico Jr.
3259 Pebblewood Lane
Dresher, PA 19025


Date: January 22, 2026

                                          By: /s/ <u>Matthew Fissel</u>
                                           Matthew Fissel, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           Phone: (215) 627-1322 Fax: (215) 627-7734
                                           Attorneys for Movant/Applicant
                                           bkgroup@kmllawgroup.com