IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Joseph J. Talarico, Jr.                     : Case No. 25-13122-PMM


          Debtor(s)                                  : Chapter 13

_____

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS
1325(a)(8) AND 1325(a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Joseph J. Talarico, Jr.


                              Respectfully Submitted,

                              **LAW OFFICES OF EUGENE A. CAMPOSANO**

Dated:  October 3, 2025       By:___/s/ Eugene A. Camposano_____
                              Eugene A. Camposano, Esquire
                              Attorney for Debtor(s)

                              1250 Germantown Pike
                              Suite 205
                              Plymouth Meeting, PA  19462
                              (610) 306-0626 Phone
                              (610) 279-9390 Fax