IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In re: Joseph J. Talarico, Jr.                    : Case No. 25-13122-PMM


                    Debtor                        : Chapter 13

_____

### CERTIFICATION OF SERVICE - AMENDED


I, Eugene A. Camposano, hereby certify that the Amended Chapter 13 Plan was served by

electronic means on the Chapter 13 Trustee and on the Office of the US Trustee, and by first-class

mail, postage prepaid, on all creditors and parties in interest on January 13, 2026, on the attached

mailing matrix.


Respectfully Submitted,


**LAW OFFICES OF EUGENE A. CAMPOSANO**


Dated: March 13, 2026                By:___/s/ Eugene A. Camposano_____
                                     Eugene A. Camposano, Esquire
                                     Attorney for Debtor

                                     1250 Germantown Pike
                                     Suite 205
                                     Plymouth Meeting, PA  19462
                                     (610) 306-0626 Phone
                                     (610) 279-9390 Fax

Label Matrix for local noticing
0313-2
Case 25-13122-pmm
Eastern District of Pennsylvania
Philadelphia
Fri Mar 13 11:47:33 EDT 2026

(c)SANTANDER BANK, N.A.
MC:PA-WYO-CP3
1001 COMMONS BLVD
READING PA 19605-5500

AmeriCredit Financial Services, Inc.
c/o William E. Craig, Esq
1040 Kings Hwy N, #200
Cherry Hill, NJ 08034-1925

Best Egg
PO Box 42912
Philadelphia, PA 19101-2912

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Credit First Tires Plus
6275 Eastland Road
Brook Park, OH 44142-1399

GM Financial
PO Box 181145
Arlington, TX 76096-1145

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MIDFIRST BANK
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Upstart Network, Inc
c/o Peritus Portfolio Services II, LLC
P.O. Box 1149
GRAPEVINE, TX 76099-1149

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

CB CCI PL Genesis
PO Box 4499
Beaverton, OR 97076-4499

Capital One Bank USA
PO Box 31293
Salt Lake City, UT 84131-0293

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1695

Jefferson Capital Uplift Loan
200 14th Avenue E
Sartell, MN 56377-4500

(p)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

Midfirst Bank
999 N.W. Grand Boulevard
Suite 100
Oklahoma City, Ok 73118-6051

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

Avant Webbank
222 N Lasalle St
Suite 1700
Chicago, IL 60601-1101

CB Indigo
PO Box 4499
Beaverton, OR 97076-4499

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

First National Bank Omaha
PO Box 1503
San Carlos, CA 94070-7503

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LENDING POINT, LLC
Jefferson Capital Systems, LLC Assignee
PO Box 7999
St. Cloud, MN 56302-7999

MIDFIRST BANK
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

Midfirst Bank
c/o Matthew Fissel,Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

OneMain Financial
601 NW 2nd Street
Evansville, IN 47708-1013

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

PayPal Pay Later
PO Box 71727
Philadelphia, PA 19176-1727

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Quantum3 Group LLC as agent for
Concora Credit Inc.
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

SYNCB Amazon PLCC
PO Box 71737
Philadelphia, PA 19176-1737

SYNCB Lowes
PO Box 71727
Philadelphia, PA 19176-1727

SYNCB PayPal
PO Box 71727
Philadelphia, PA 19176-1727

Santander Bank NA
15 Westminster Street
Providence, RI 02903-2437

The Home Depot CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Tractor Supply CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

(p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

US Dept of Housing and Urban Development
2000 N Classen Blvd
Suite 3200
Oklahoma City, OK 73106-6034

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107-4202

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Upstart Network Inc.
PO Box 1503
San Carlos, CA 94070-7503

EUGENE A. CAMPOSANO
1250 Germantown Pike
Suite 205
Plymouth Meeting, PA 19462-2444

Joseph J. Talarico Jr.
3259 Pebblewood Lane
Dresher, PA 19025-1807

KENNETH E. WEST
Office of the Chapter 13 Standing Truste
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106-1552

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Lending Point
Finwise Customer Service
1201 Roberts Blvd, Suite 200
Kennesaw, GA  30144

Mission Lane Tab Ban
PO Box 105286
Atlanta, GA  30304

U.S. Department of Housing and Urban Develop
The Strawbridge Building
801 Market Street
12th Floor
Philadelphia, PA 19107

Upgrade
275 Battery Street
23rd Floor
San Francisco, CA  94111

(d)Upgrade, Inc.
2 N Central Ave Floor #10
Phoenix, AZ 85004

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Santander Bank, N.A.
10 Commons Blvd
MC:PA-WYO-CP3
Reading, PA 19605

(d)Santander Bank, N.A.
10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA  19605

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MIDFIRST BANK

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(d)Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603-0587

(d)Upstart Network, Inc
c/o Peritus Portfolio Services II, LLC
PO BOX 1149
Grapevine, TX 76099-1149

End of Label Matrix
Mailable recipients     51
Bypassed recipients      4
Total                   55