IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| JOSEPH J. TALARICO, JR. | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. | ) | Case No.: 25-13122 (PMM) |
| dba GM FINANCIAL | ) | |
| **Moving Party** | ) | |
| | ) | **Hearing Date:  4-8-26 at 1:00 PM** |
| v. | ) | |
| | ) | |
| JOSEPH J. TALARICO, JR. | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| KENNETH E. WEST | ) | |
| **Trustee** | ) | |
| | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Amended Motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified to permit the movant to pursue the movant's in rem rights in the personal property described as a **2017 Cadillac Escalade** bearing vehicle identification number 1GYS4HKJ0HR190661 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(4).**

Date:  **April 6, 2026**

_Patricia M. Mayer_

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE