United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Joseph J. Talarico, Jr.

    Debtor

Case No. 25-13122-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2026 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph J. Talarico, Jr., 3259 Pebblewood Lane, Dresher, PA 19025-1807 |
| 15095454 | + | AmeriCredit Financial Services, Inc., c/o William E. Craig, Esq, 1040 Kings Hwy N, #200, Cherry Hill, NJ 08034-1925 |
| 15036416 | + | CB CCI PL Genesis, PO Box 4499, Beaverton, OR 97076-4499 |
| 15036425 | + | First National Bank Omaha, PO Box 1503, San Carlos, CA 94070-7503 |
| 15036427 | + | Jefferson Capital Uplift Loan, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 15040972 | + | Midfirst Bank, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15053588 | ++++ | SANTANDER BANK, N.A., MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank, N.A., 10 Commons Boulevard, MC: PA-WYO-CP3, Reading, PA 19605 |
| 15036402 | + | US Dept of Housing and Urban Development, 2000 N Classen Blvd, Suite 3200, Oklahoma City, OK 73106-6034 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15040653 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2026 03:58:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15038406 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2026 03:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15036415 | + | Email/Text: bk@avant.com | May 27 2026 03:58:00 | Avant Webbank, 222 N Lasalle St, Suite 1700, Chicago, IL 60601-1101 |
| 15036422 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 27 2026 04:03:52 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 15036417 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 27 2026 03:58:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 15048048 | | Email/Text: BKPT@cfna.com | May 27 2026 03:58:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15036408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15059525 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2026 04:03:56 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15036412 | + | Email/Text: BKPT@cfna.com | May 27 2026 03:58:00 | Credit First Tires Plus, 6275 Eastland Road, Brook Park, OH 44142-1399 |
| 15036406 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2026 04:03:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15036428 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2026 03:58:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15036403 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: May 26, 2026        Form ID: 155        Total Noticed: 48

| | | |
|---|---|---|
| | | May 27 2026 03:58:00   Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 15050828 | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | May 27 2026 03:58:00   Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15041190 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | |
| | | May 27 2026 03:58:00   JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15050829 | + Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | May 27 2026 03:58:00   LENDING POINT, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 15036424 | Email/Text: Bkynotices@lendingpoint.com | |
| | | May 27 2026 03:58:00   Lending Point, Finwise Customer Service, 1201 Roberts Blvd, Suite 200, Kennesaw, GA 30144 |
| 15058833 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 27 2026 04:03:56   LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15043763 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | May 27 2026 04:03:52   MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15040934 | ^ MEBN | |
| | | May 27 2026 03:54:55   MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15036414 | Email/Text: ml-ebn@missionlane.com | |
| | | May 27 2026 03:58:00   Mission Lane Tab Ban, PO Box 105286, Atlanta, GA 30304 |
| 15036401 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | |
| | | May 27 2026 04:03:58   Midfirst Bank, 999 N.W. Grand Boulevard, Suite 100, Oklahoma City, Ok 73118-6051 |
| 15036423 | + Email/PDF: cbp@omf.com | |
| | | May 27 2026 04:03:52   OneMain Financial, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 15053254 | + Email/PDF: cbp@omf.com | |
| | | May 27 2026 04:03:55   OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15036420 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 27 2026 04:03:55   PayPal Pay Later, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15036404 | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | May 27 2026 03:58:00   Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15060878 | Email/Text: bnc-quantum@quantum3group.com | |
| | | May 27 2026 03:58:00   Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15041155 | Email/Text: bnc-quantum@quantum3group.com | |
| | | May 27 2026 03:58:00   Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15056975 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 27 2026 04:03:53   Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15070736 | + Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 27 2026 04:03:53   Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15036411 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 27 2026 04:03:52   SYNCB Amazon PLCC, PO Box 71737, Philadelphia, PA 19176-1737 |
| 15036418 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 27 2026 04:03:55   SYNCB Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15036405 | + Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 27 2026 04:03:52   SYNCB PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15036421 | + Email/Text: DeftBkr@santander.us | |
| | | May 27 2026 03:58:00   Santander Bank NA, 15 Westminster Street, Providence, RI 02903-2437 |
| 15036407 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | May 27 2026 04:03:56   The Home Depot CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15036419 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |

District/off: 0313-2                                          User: admin                                          Page 3 of 3

Date Rcvd: May 26, 2026                                      Form ID: 155                                         Total Noticed: 48

| | | May 27 2026 04:03:59 | Tractor Supply CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15036413 | Email/Text: bknotice@upgrade.com | | |
| | | May 27 2026 03:58:00 | Upgrade, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 15060872 | Email/Text: bknotice@upgrade.com | | |
| | | May 27 2026 03:58:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 15036681 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | May 27 2026 04:03:52 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15036426 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
| | | May 27 2026 03:58:00 | Upstart Network Inc., PO Box 1503, San Carlos, CA 94070-7503 |
| 15038197 | + Email/Text: peritus@ebn.phinsolutions.com | | |
| | | May 27 2026 03:58:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO BOX 1149, Grapevine, TX 76099-1149 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15036409 | *+ | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15036410 | *+ | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EUGENE A. CAMPOSANO | on behalf of Debtor Joseph J. Talarico  Jr. camposanolaw@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Joseph J. Talarico Jr.                      )            Case No. 25–13122–pmm
                                                       )
                                                       )
    Debtor(s).                                  )            Chapter: 13
                                                       )
                                                       )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 26, 2026                              For The Court

                                                         Patricia M. Mayer
                                                         Judge, United States Bankruptcy Court